IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CEDRIQUEZ McCAA, Reg No. 13353-002, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | CASE NO. 2:24-CV-390-RAH-CWB |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Respondent. | ) | |

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation filed October 15, 2024, (Doc. 2), to which no objections have been filed. Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice;

3. No costs are taxed.

A separate Final Judgment will be entered in accordance with this order.

DONE, on this the 13th day of November 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE